**File Hashes for IP Address 108.56.234.116**

**ISP:** Verizon FiOS
**Physical Location:** Alexandria, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/16/2014 03:37:44 | D51A34DF11B9480081D9B13C142CCA326357D0BE | Enjoy My Backdoor |
| 06/14/2014 03:14:53 | 03E41F28C13A75CFDE0CE55BA0D22003BDAC0BC8 | Go Down On Me |
| 06/10/2014 11:37:22 | 89A9665DAC03D9A51F64514778064639DAB1F3C3 | Dancing Romance |
| 06/10/2014 11:22:23 | C61E4888A8A79D53FE488913625D7F23787DB0BE | Just Jennifer |
| 04/19/2014 20:57:55 | 3E65AF5BA61406A2407E72F0AA15078B95C203E0 | Group Sex |
| 04/19/2014 18:09:39 | B389BE2507C73F191DB21437BD433ED59BF7D11A | Double Tease |
| 04/15/2014 21:23:30 | ACDCE549F99D48F2B399B412BF5A9FEFBA07088A | Catching Up |
| 04/05/2014 09:17:26 | 7460C802588218686ED97BDF208D4DB4F398BFEB | Sweet Dreamers |
| 03/29/2014 00:46:21 | 213E9A8B94DCBB9689C8BFC66B7A6047A39DAEDC | My Days in Rome |
| 03/13/2014 00:03:52 | 6783130400F336221713A58D6DEA9D93212D9F15 | In for the Night |
| 03/12/2014 23:37:48 | 781B289863A18D37C6936A14084B0DA236C010B7 | Submissive Seduction |
| 03/08/2014 23:28:55 | D45C27F2AA4A1B3EF3621DE434A27D38EFA05873 | Good Night Kiss |
| 03/08/2014 23:28:37 | B84D410C136A0C19AAF8CB5E812D094C37D82469 | Fantasy Come True |
| 03/08/2014 03:03:30 | 5E4C94426F363EC6A29574A4F617250137B8D1BE | Threes Company |
| 03/02/2014 23:05:28 | 19148F38260EB946F3750A401CFE31A24FFF5CF8 | Getting Ready For Bed |
| 03/02/2014 22:39:50 | E7960366318E50F221596525D95F14CF2A655328 | I Am In the Mood |
| 03/01/2014 02:59:54 | 1D412344DD5782C21151E8A3C3DE00D32C17D266 | Morning Meditation |
| 02/25/2014 02:25:50 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 12/06/2013 04:34:57 | 1AE2C5738D6957E318E36D366BBE2D7418ABD822 | Ready for Love |
| 12/04/2013 10:41:48 | 6D47AFDF6315B4C12AB29E38D3BFD6AB1287CF55 | So Right Its Wrong |

**Total Statutory Claims Against Defendant: 20**

EVA40                                                     EXHIBIT A