## Copyrights-In-Suit for IP Address 108.56.234.116

ISP: Verizon FiOS
Location: Alexandria, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 04/15/2014 |
| Dancing Romance | PENDING | 06/07/2014 | 06/09/2014 | 06/10/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/19/2014 |
| Enjoy My Backdoor | PENDING | 06/13/2014 | 06/19/2014 | 06/16/2014 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 03/08/2014 |
| Getting Ready For Bed | PA0001880669 | 02/19/2014 | 02/27/2014 | 03/02/2014 |
| Go Down On Me | PENDING | 06/11/2014 | 06/19/2014 | 06/14/2014 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 03/08/2014 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 04/19/2014 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 03/02/2014 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 03/13/2014 |
| Just Jennifer | PENDING | 06/09/2014 | 06/09/2014 | 06/10/2014 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 02/25/2014 |
| Morning Meditation | PA0001882650 | 02/27/2014 | 03/06/2014 | 03/01/2014 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 03/29/2014 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 12/06/2013 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 12/04/2013 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 03/12/2014 |
| Sweet Dreamers | PA0001883771 | 03/09/2014 | 03/24/2014 | 04/05/2014 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/21/2012 | 03/08/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 20**

EVA40

EXHIBIT B